HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STEPHEN G. NELSON, Derivatively on Behalf of AMAZON.COM, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>JEFFREY P. BEZOS, ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID H. CLARK, SHELLEY L. REYNOLDS, ADAM N. SELIPSKY, DAVID ZAPOLSKY, KEITH B. ALEXANDER, EDITH W. COOPER, JAMIE S. GORELICK, DANIEL P. HUTTENLOCHER, JUDITH A. MCGRATH, INDRA K. NOOYI, JONATHAN J. RUBINSTEIN, PATRICIA Q. STONESIFER, WENDELL P. WEEKS, TOM A. ALBERG, ROSALIND BREWER, and THOMAS O. RYDER, <br><br>　　　　　Defendants, <br><br>　　– and – <br><br>AMAZON.COM, INC., a Delaware Corporation, <br><br>　　　　　Nominal Defendant. | Civil Action No. 2:22-cv-00559-RAJ <br><br>**STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS** |

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTIONS - 1

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA  98110
206.819.0821

| | | |
|---|---|---|
| FRANCIS GIMBEL, JR., Derivatively on Behalf of AMAZON.COM, INC., | ) ) ) | Civil Action No. 2:22-cv-00811 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JEFFREY P. BEZOS, ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID H. CLARK, SHELLEY L. REYNOLDS, ADAM N. SELIPSKY, DAVID ZAPOLSKY, KEITH B. ALEXANDER, EDITH W. COOPER, JAMIE S. GORELICK, DANIEL P. HUTTENLOCHER, JUDITH A. MCGRATH, INDRA K. NOOYI, JONATHAN J. RUBINSTEIN, PATRICIA Q. STONESIFER, WENDELL P. WEEKS, TOM A. ALBERG, ROSALIND BREWER, THOMAS O. RYDER, and NATE SUTTON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| AMAZON.COM, INC., a Delaware Corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## STIPULATION CONSOLIDATING RELATED ACTIONS

WHEREAS, pending before the Court are two related shareholder derivative actions brought on behalf of nominal defendant Amazon.com, Inc. ("Amazon" or the "Company") captioned *Nelson v. Bezos et al.*, Case No. 2:22-cv-00559 (W.D. Wash. Apr. 26, 2022) (the "*Nelson* Action"), and *Gimbel v. Bezos et al.*, Case No. 2:22-cv-00811 (W.D. Wash. June 9, 2022) (the "*Gimbel* Action," and collectively, the "Related Derivative Actions"). To facilitate the efficient

and coordinated prosecution of the Related Derivative Actions, Plaintiffs Stephen G. Nelson and Francis Gimbel, Jr. ("Plaintiffs") and Defendants[1] hereby stipulate to the consolidation of the Related Derivative Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and LCR 42 of the Western District of Washington;

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Related Derivative Actions are both shareholder derivative actions brought on behalf of Amazon against common Defendants and involve common questions of law and fact. Accordingly, Plaintiffs and Defendants respectfully submit that consolidation of the Related Derivative Actions is appropriate;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's resources, Plaintiffs and Defendants propose that the Related Derivative Actions should be related and consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action");

WHEREAS, consolidating the Related Derivative Actions would serve the interests of judicial economy and the convenience of the parties, and would increase overall efficiency of this litigation by reducing repetition, duplication, and inconsistent rulings. Indeed, absent

---

[1] "Defendants" named in the Related Derivative Actions are Jeffrey P. Bezos, Andrew R. Jassy, Brian T. Olsavsky, David H. Clark, Shelley L. Reynolds, Adam N. Selipsky, David Zapolsky, Keith B. Alexander, Edith W. Cooper, Jamie S. Gorelick, Daniel P. Huttenlocher, Judith A. McGrath, Indra K. Nooyi, Jonathan J. Rubinstein, Patricia Q. Stonesifer, Wendell P. Weeks, Tom A. Alberg, Rosalind Brewer, Thomas O. Ryder, Nate Sutton, and nominal defendant Amazon.

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTIONS - 3

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA  98110
206.819.0821

consolidation, there would likely be unnecessary duplication of effort, confusion, delay, and/or prejudice. Thus, by consolidating the Related Derivative Actions at this early juncture, this litigation will be streamlined, resulting in simplified pretrial motions, discovery proceedings, and clerical and administrative management;

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The following actions are hereby related and consolidated for all pre-trial proceedings, including trial:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Nelson v. Bezos, et al.* | 2:22-cv-00559 | April 26, 2022 |
| *Gimbel v. Bezos, et al.* | 2:22-cv-00811 | June 9, 2022 |

///

///

///

///

///

///

///

///

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTIONS - 4

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA 98110
206.819.0821

2. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF WASHINGTON<br>
SEATTLE DIVISION

| | |
|---|---|
| IN RE AMAZON.COM, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 2:22-cv-00559-RAJ<br>) (Consolidated with Case No. 2:22-cv-00811-RAJ)<br>)<br>) <u>Shareholder Derivative Action</u> |
| This Document Relates to:<br><br>ALL ACTIONS | |

3. The files of these consolidated actions shall be maintained in one file under Lead Case No. 2:22-cv-00559.

4. Unless otherwise altered, this Order shall apply to each purported demand-futile shareholder derivative action arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action, which is subsequently filed in, removed to, or transferred to this Court.

5. When a case that properly belongs as part of the Consolidated Derivative Action is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Derivative Action.

6. When a case which properly belongs as part of this Consolidated Derivative Action is filed, counsel are also to assist in ensuring that counsel in subsequent actions receive notice of this Order.

7. Within thirty (30) days of the entry of an order consolidating the Related Derivative Actions, counsel for Plaintiffs and counsel for Defendants shall meet and confer regarding a schedule for further proceedings in the Consolidated Derivative Action and shall submit a stipulation and proposed order regarding further proceedings with the Court, or, in the event counsel for the parties are unable to agree on a proposed schedule for the conduct of further proceedings, Plaintiffs' counsel and counsel for Defendants shall submit a joint status report setting forth their respective views regarding proceedings in the Consolidated Derivative Action.

Respectfully submitted, this 7th day of July, 2022.

HERMAN JONES LLP

By:  /s/ Gregory F. Wesner
Gregory F. Wesner, WSBA No. 30241

15113 Washington Ave NE
Bainbridge Island, WA 98110
Tel.: (206) 819-0821
gwesner@hermanjones.com

HERMAN JONES LLP
John C. Herman (admitted pro hac vice)
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
Tel: (404) 504-6555
jherman@hermanjones.com

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTIONS - 6

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA  98110
206.819.0821

Michael I. Fistel, Jr.
(admitted pro hac vice)
JOHNSON FISTEL, LLP
40 Powder Springs Street
Marietta, GA 30064
Tel.: (470) 632-6000
Fax: (770) 200-3101
michaelf@johnsonfistel.com

Frank J. Johnson
(admitted pro hac vice)
JOHNSON FISTEL, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 255-1856
frankj@johnsonfistel.com

*Attorneys for Plaintiffs*

FENWICK & WEST LLP

By: /s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Email: bbuckley@fenwick.com

*Attorney for Defendants and Amazon*

STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS - 7

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA  98110
206.819.0821

1  IT IS SO ORDERED.

2  DATED this 11th day of July, 2022.

*[signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTIONS - 8

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA 98110
206.819.0821