THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE AMAZON.COM, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C22-0559-JCC<br><br>ORDER |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

This matter comes before the Court on Aleta Thompson's ("Movant") motion for intervention. (Dkt. No. 23.) Having thoroughly considered the briefing and the relevant record, and finding oral argument unnecessary, the Court GRANTS the motion to stay the proceeding. The above-captioned action is stayed for a period of 120 days from the date of this order. No later than 15 days prior to the expiration of the stay, the parties in this action, and Movant, will meet and confer and submit a status report setting forth their positions on whether the stay should be continued or lifted.

DATED this 3rd day of October 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE