THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE AMAZON.COM, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>---<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C22-0559-JCC<br>Consolidated with Case No. C22-0811-JCC<br><br>Shareholder Derivative Action<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW<br><br>NOTE ON MOTION CALENDAR:<br>June 2, 2023 |

[~~PROPOSED~~] ORDER GRANTING
MOTION TO WITHDRAW
LEAD CASE NO.: C22-0559-JCC

ROBBINS LLP
5060 Shoreham Place, Suite 300 |
San Diego, CA 92122
Telephone: (619) 525-3990

Upon application of intervenor Aleta Thompson ("Intervenor") and good cause appearing therefore, the Court Orders as follows:

1. Intervenor and her attorneys Robbins LLP and Stritmatter Kessler Koehler Moore are withdrawn as a party and counsel of record in this matter and the Motion to Withdraw, Dkt. 37, is GRANTED.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented By:

  s/ Michael J. Nicoud
  Michael J. Nicoud

ROBBINS LLP
Brian J. Robbins
Stephen J. Oddo
Gregory E. Del Gaizo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
         soddo@robbinsllp.com
         gdelgaizo@robbinsllp.com
         mnicoud@robbinsllp.com

STRITMATTER KESSLER KOEHLER MOORE
Brad J. Moore, WSBA #21802
3600 15th Avenue West #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: brad@stritmatter.com

*Attorneys for Intervenor Aleta Thompson*

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
LEAD CASE NO.: C22-0559-JCC

1

ROBBINS LLP
5060 Shoreham Place, Suite 300 |
San Diego, CA 92122
Telephone: (619) 525-3990